UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN R. SANCHEZ, | ) Case No. EDCV 13-1072-GW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN KNIPP, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 14, 2014

_____
George H. Wu
United States District Judge